Colin Kreuziger, Trial Attorney, U.S. Trustee's Office, Minneapolis, MN, John Postulka, U.S. Department of Justice, Executive Office for United States Trustees, Office of General Counsel, Washington, DC, James L. Snyder, U.S. Trustee's Office, Des Moines, IA, for Appellee Daniel McDermott

Brian James Donahoe, Donahoe Law Firm, Sioux Falls, SD, Colin Kreuziger, Trial Attorney, U.S. Trustee's Office, Minneapolis, MN, James L. Snyder, U.S. Trustee's Office, Des Moines, IA, for Appellee Sunflour Railroad, Inc.

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Herman Paulson appeals after the Bankruptcy Appellate Panel affirmed the bankruptcy court's[1] denial of his post-judgment motions in his Chapter 13 bankruptcy case. Having carefully reviewed the record and the parties' arguments on ap-

peal, we find no basis for reversal. See In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

**Myra YOUNG, Plaintiff-Appellant,**

v.

**HOT SPRINGS POLICE DEPARTMENT; Larry Patrick, Special Operations Supervisor, Hot Springs Police Department; Scotty Dodd, Police Officer, Hot Springs Police Department; 18th Judicial District East Drug Task Force; Garland County Prosecutor's Officer; Theresa Harris, "Terri", Garland County Prosecutor; The Hot Springs Sentinel Record, Defendants-Appellees.**

No. 16-3815

United States Court of Appeals, Eighth Circuit.

Submitted: September 6, 2017

Filed: September 11, 2017

Myra Young, Pro Se

---

[1] The Honorable Charles L. Nail, Jr., Chief Judge, United States Bankruptcy Court for the District of South Dakota.

**470**

John Lennon Wilkerson, Arkansas Municipal League, North Little Rock, AR, for Defendants-Appellees Hot Springs Police Department, Larry Patrick

Delena C. Hurst, Attorney General's Office, Little Rock, AR, for Defendants-Appellees Scotty Dodd, 18th Judicial District East Drug Task Force, Garland County Prosecutor's Officer, Theresa Harris

Robert Alexander Gaines, Williams & Anderson, Little Rock, AR, for Defendant-Appellee The Hot Springs Sentinel Record

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Myra Young appeals the district court's[1] dismissal without prejudice of her action against state and local government officials and agencies, as well as a newspaper, alleging violations of 42 U.S.C. § 1983 and state law. After carefully reviewing the record and the briefs, we find no error warranting reversal. The judgment is affirmed. *See* 8th Cir. R. 47B.

---

[1]. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.